# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137960

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHNNY LEE BROWN,
      Defendant-Appellant.

SC: 137960
COA: 287608
Wayne CC: 07-009514-FH

_____/

On order of the Court, the application for leave to appeal the November 7, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J. (*concurring*).

I concur in the order denying leave to appeal. I write separately only to note that this Court has not addressed defendant's argument regarding the imposition of costs and fees because it is not properly before the Court. However, defendant may raise the issue in a motion for relief from judgment under MCR 6.508.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2009                          _____

l0324                                         Clerk